UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUSTIN M. SCOTT
        Plaintiff
        V.
                              CIVIL ACTION: 11CV11082-RWZ

PUTNAM INVESTMENT ET AL
        Defendant

ZOBEL, D.J.                                      JANUARY 7, 2015

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if settlement is not consummated.

                                              By the Court,

                                              s/ Lisa A. Urso
                                              Deputy Clerk

30day.ord